Argued and submitted June 9, affirmed August 6, 2003

REST-HAVEN MEMORIAL PARK
and Charles Wiper, III,
*Petitioners,*

*v.*

CITY OF EUGENE,
*Respondent.*

2002-009; A121208

74 P3d 1093

Bill Kloos argued the cause and filed the brief for petitioners.

Emily N. Jerome argued the cause for respondent. With her on the brief were Glenn Klein, Kathryn P. Brotherton, and Harrang Long Gary Rudnick, P.C.

Before Landau, Presiding Judge, and Armstrong and Brewer, Judges.

PER CURIAM

Affirmed. *Rest-Haven Memorial Park v. City of Eugene (A121207)*, 189 Or App 90, 74 P3d 1107 (2003).